**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DEBBIE PITTMAN, on behalf of herself             :    Case no. 1:25-cv-3163
and all others similarly situated,                        :
                                                                       :
                                      Plaintiffs,             :
                                                                       :    **NOTICE OF VOLUNTARY**
                               v.                                  :    **DISMISSAL WITH**
                                                                           **PREJUDICE**
Shoe City - Whittier, Inc.,                              :
                                                                       :
                                      Defendant.            :
                                                                       :
                                                                       :
                                                                       :
                                                                       :
                                                                       :
                                                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

     **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and

hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without

costs, or disbursements, or attorneys' fees to any party.

     Dated: June 24, 2025

 

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law